No. 79–6597.   LAVONTE v. HARBER ET UX.   Ct. App. Ore. Certiorari denied.

No. 79–6600.   BLACKMON v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir.   Certiorari denied.

No. 79–6606.   PRATT v. PARRATT, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 79–6607.   THOMAS v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 79–6613.   GRUZEN v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 79–6616.   HOFF v. NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 79–6617.   LANE ET AL. v. AHUMADA.   Sup. Ct. Miss. Certiorari denied.

No. 79–6620.   MAXFILL v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 79–6621.   STEVENS v. KIRKPATRICK.   C. A. 4th Cir. Certiorari denied.

No. 79–6622.   PURYEAR v. ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 79–6623.   STEELMAN v. BRAY, SHERIFF.   C. A. 10th Cir.   Certiorari denied.

No. 79–6627.   TARKOWSKI v. ILLINOIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 79–6628.   TARKOWSKI v. COUNTY OF LAKE ET AL. C. A. 7th Cir.